■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT BUNDY, Appellant.—Judgment unanimously affirmed. Memorandum: By pleading guilty, defendant forfeited his right to raise on appeal any violation of his right to a speedy trial as provided by CPL 580.20, the Interstate Agreement on Detainers *(see, People v Gooden,* 151 AD2d 773; *People v Cusick,* 111 AD2d 251; *People v Vidal,* 85 AD2d 701). Nor did defendant preserve his right to raise this issue on appeal by obtaining the consent of the court at the time the plea was entered *(see, People v O'Brien,* 56 NY2d 1009). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Boomer, Pine, Boehm and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SZELIGA, Appellant.—Judgment unanimously affirmed. Memorandum: The suppression court correctly concluded that the questioning of defendant by Investigator Clark was noncustodial and that defendant's statement was voluntary *(see, People v Centano,* 76 NY2d 837, 838). Thus, defendant's statement was properly admitted at trial. (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Leaving Scene of Accident.) Present—Callahan, J. P., Boomer, Pine, Boehm and Doerr, JJ.

■ DENISE J. BURNSWICK, as Parent and Natural Guardian of THOMPSON BURNSWICK, JR., an Infant, Appellant, v JOSEPH P. FERLITO, Doing Business as J.P. FERLITO FARMS, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Nicholson, J. (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.— Summary Judgment.) Present—Callahan, J. P., Boomer, Pine, Boehm and Doerr, JJ.